CAROLINE M. ROBINSON, Respondent, v. HUBERT E. ROGERS and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page and Merrell, JJ.

ARTHUR F. CAMPBELL, Appellant, v. CAULDWELL-WINGATE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.; Page, J., dissenting.

IGNATZ GOLDBERGER, Respondent, v. WILLIAM BARWESS, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ARKELL & DOUGLAS, INC., Respondent, v. MANUFACTURERS' UNION, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LORD CONSTRUCTION COMPANY, Respondent, v. WILLIAM K. Ross and Another, as Copartners, etc., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Smith and Merrell, JJ., dissenting.

EDWARD B. REDMAN, Appellant, v. VERPLEX ART COMPANY, INC., and Others, Respondents.— Appeal dismissed, with costs on the authority of *Silverstein* v. *Standard Accident Ins. Co.* (221 N. Y. 332); *Rose* v. *Bristol* (222 id. 11). Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

MADALINE REALTY CORPORATION and Another, Appellants, v. JOHN KADEL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Clarke, P. J., and Page, J., dissenting.

In the Matter of JOHN Q. FLYNN, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

PACIFIC ORIENT COMPANY v. THE NASSAU SMELTING AND REFINING WORKS.— Motion granted upon condition that appeal be argued or submitted on May 4, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HARRIET P. CAROLAN v. CHARLES E. V. LENZ and Others.— Motion granted upon condition that appeal be argued or submitted on May 4, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

J. ROMAINE BROWN COMPANY, Appellant, v. AVEDON & Co., INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

EMPIRE TRUST COMPANY, Respondent, v. JOHN McGREGOR GRANT, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD C. CONWAY, Appellant, Impleaded with HAROLD J. BURNS and Another, Defendants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

ZALIK ZIPPER, Respondent, v. KIRKMAN & SON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.